## 65459. WADE v. JOHN D. ARCHBOLD MEMORIAL HOSPITAL.

QUILLIAN, Presiding Judge.

In *Wade v. John D. Archbold Memorial Hosp.*, 166 Ga. App. 487 (304 SE2d 417), we affirmed the judgment of the trial court in this case. Our judgment having been reversed by the Supreme Court in *Wade v. John D. Archbold Memorial Hosp.*, 252 Ga. 118 (311 SE2d 836), our judgment is vacated, the judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is reversed.

*Judgment reversed. Sognier and Pope, JJ., concur.*

DECIDED APRIL 5, 1984.

*T. Jack Morse, Edward J. Walsh,* for appellant.
*William U. Norwood III,* for appellee.